# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00071-TWP-MJD |
| NACENT HOLDEN, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 30, 2019, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Dkt. 28). The parties waived the period for objection and no objection have been filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The Court recommends transfer to the Bureau of Prisons expeditiously based on Defendant's mental health needs and recommends placement at a federal medical facility to address Defendant's mental health issues.

IT IS SO ORDERED.

Date: 1/17/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael J. Donahoe
INDIANA FEDERAL COMMUNITY DEFENDERS
mike.donahoe@fd.org

Paper copy to the U.S. Attorney's Office

Nacent Holden
18100 Cumberland Road
Noblesville, IN 46060